No. 01–480.   LANDON v. RALLS ET AL.   Dist. Ct. App. Fla., 1st Dist.   Certiorari denied.

No. 01–485.   FARMERS INSURANCE EXCHANGE v. BELL ET AL. Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 01–494.   SEGAL v. MASSACHUSETTS MUTUAL LIFE INSURANCE CO.   C. A. 9th Cir.   Certiorari denied.

No. 01–496.   JOHNSON v. BOYD, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 01–498.   MOHAVE VALLEY IRRIGATION AND DRAINAGE DISTRICT v. NORTON, SECRETARY OF THE INTERIOR.   C. A. 9th Cir.   Certiorari denied.

No. 01–499.   BROWN v. ILLINOIS CENTRAL RAILROAD CO. C. A. 7th Cir.   Certiorari denied.

No. 01–507.   LEWIS v. COUNTY OF ORANGE.   Dist. Ct. App. Fla., 5th Dist.   Certiorari denied.

No. 01–511.   HANSEN v. CALDWELL DIVING CO. ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 01–512.   MOSHER v. DOLLAR TREE STORES, INC., ET AL. C. A. 7th Cir.   Certiorari denied.

No. 01–514.   RAZVI v. GUARANTEE LIFE INSURANCE CO. C. A. 5th Cir.   Certiorari denied.

No. 01–517.   BAK v. REDFORD TOWNSHIP.   Ct. App. Mich. Certiorari denied.

No. 01–520.   R. W. DOCKS & SLIPS v. WISCONSIN ET AL.   Sup. Ct. Wis.   Certiorari denied.

No. 01–522.   ZELLWEGER ET UX. v. CITY OF ALLIANCE.   Ct. App. Ohio, Stark County.   Certiorari denied.

No. 01–524.   NUNU ET UX. v. DEL LAGO ESTATES PROPERTY OWNERS ASSN.   C. A. 5th Cir.   Certiorari denied.